# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division
400 USCourthouse, 600 Granby St
Norfolk, VA 23510

| | |
|---|---|
| In re: <br> Amy Denice Frederick | **Case Number** 03–74062–SCS <br> **Chapter** 13 <br> **Judge** Stephen C. St. John |
| Debtor(s) | |

## ** CONFIRMATION OF REQUEST FOR HEARING **

To:      **Roger C. Hurwitz, Esq.**

A hearing has been scheduled for

**Date:** November 9, 2006          **Time:** 10:00 AM

**Location:** Judge St. John – Courtroom, U.S. Bankruptcy Court, 600 Granby Street, 4th Fl., Ctrm. 1, Norfolk, VA 23510

to consider and act upon the following:

*32* – Notice and Motion for Hardship Discharge filed by Roger C Hurwitz of Berg & Associates, P.C. on behalf of Amy Denice Frederick. (Hurwitz, Roger)

As the party requesting the hearing, you are responsible for sending notice to all other applicable parties.

The Notice of hearing and Certificate of Service must be filed within 5 days from the date of this confirmation.

**It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement of any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions.**

FAILURE TO COMPLY WITH THESE NOTICING INSTRUCTIONS MAY RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET.

Dated:   September 20, 2006                  For the Court,

                                                                   William C. Redden, Clerk
                                                                   United States Bankruptcy Court

Attorney for Debtor:  Edward J. Pontifex Jr.
 Trustee:  George W. Neal