# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

IN RE: Amy Denice Frederick      CASE NO.: 03-74062-SCS
           Debtor.             CHAPTER 13

### <u>NOTICE OF HEARING</u>

Please take Notice that a hearing will be held at the U. S. Bankruptcy Court, Judge St. John's

Courtroom, 600 Granby Street, 4th Floor, Courtroom One, Norfolk, Virginia, on November 9, 2006, at

10:00 a.m. or as soon thereafter as counsel may be heard, to consider the Motion for Hardship Discharge.

Date: September 22, 2006

BY:   /s/Roger C Hurwitz         
            Of Counsel

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 22nd day of September, 2006, a true copy of the foregoing Notice of Hearing for Motion for Hardship Discharge was sent by regular mail/electronic mail to the Office of the U.S. Trustee, at Room 625 Federal Building, 200 Granby Street, Norfolk, VA 23510; to George W. Neal, Chapter 13 Trustee at 870 Greenbrier Circle, Ste. 402, Chesapeake, VA 23320; and to all creditors and parties of interest in the above referenced case.

    /s/Roger C Hurwitz        
    Ronald J. Berg
    Roger C Hurwitz

Ronald J. Berg, VSB#7229
Roger C Hurwitz, VSB#51016
BERG & ASSOCIATES, P.C.
700 Newtown Road
Norfolk, VA 23502
(757) 461-5557