## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

IN RE:    **Amy Denice Frederick**                      **CASE NO: 03-74062**
                          **Debtor**                    **Chapter 13**


### ORDER GRANTING HARDSHIP DISCHARGE

This matter came to be heard upon the Motion of the Debtor herein to grant her a

hardship discharge pursuant to 11 U.S.C. Section 1328(b); and upon argument of counsel;

IT APPEARING to the Court that Amy Denice Frederick passed away on April 15, 2006

; that this was a single petition; and that for good cause shown, it is

ORDERED that the debtor be granted a hardship discharge.

IT IS FURTHER ORDERED that the clerk of the court distribute a copy of this entered

order to the Office of US Trustee, Room 625 Federal Bldg, 200 Granby Street, Berg &

Associates;  Berg Legal Clinic, 700 Newtown Road, Norfolk, VA 23510; George  W. Neal,

Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23220; Amy Denice Frederick,

254 Palmyra Drive, Virginia Beach, VA 23452  and it is  further ORDERED that counsel for the

Debtor shall forward entered copies of this Order to all creditors and all interested parties in this

matter.


Date_____              _____
                                                US Bankruptcy Judge

                                   Entered on Docket:_____

Ronald J. Berg, VSB# 7229
Roger C. Hurwitz, VSB# 51016
BERG & ASSOCIATES, PC
700 Newtown Road
Norfolk, VA 23502
757-461-5557

I ask for this:

/s/Roger C Hurwitz
Roger C. Hurwitz, VSB# 51016
Counsel for Debtor
700 Newtown Road
Norfolk, VA 23502
757-461-5557

Seen:

/s/George W. Neal
George W. Neal,
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23220
757-961-3000

## LOCAL RULE 9022-1 (C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

Date:   11-15-06                              /s/Roger C Hurwitz
                                             Roger C Hurwitz

Ronald J. Berg, VSB# 7229
Roger C. Hurwitz VSB#51016
BERG & ASSOCIATES, PC
700 Newtown Road
Norfolk, VA 23502
77-461-5557

## PARTIES TO RECEIVE COPIES

Ronald J. Berg, Esq.
Berg & Associate, P.C.
700 Newtown Road
Norfolk, VA 23502

George W. Neal, Trustee
 870 Greenbrier Circle, Suite 402
Chesapeake, VA 23220

Office of US Trustee
Room 625 Federal Building
200 Granby Street
Norfolk, VA 23510

Amy Denice Frederick
254 Palmyra Drive
Virginia Beach, VA 23462